1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, STAN MARTIN

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )    CASE NUMBER: 1:11–CR-0367-LJO
                                    )
11            Plaintiff,            )    STIPULATION AND  ORDER TO
                                    )    CONTINUE STATUS CONFERENCE
12 v.                               )
                                    )    Date:      Monday, March 19, 2012
13 STAN MARTIN,                     )    Time:      8:30 a.m.
                                    )    Courtroom: Honorable Lawrence J.
14            Defendant.            )               O'Neill
                                    )
15

16         **IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and

17 the defendant by and through his attorney of record, that the time set for the Status Conference on

18 Monday, March 19, 2012 at 8:30 a.m. be moved to Monday, April 2, 2012 at 8:30 a.m.  The reason for

19 this continuance is that Mr. MARTIN is considering a plea offer from the government and my ability

20 to have this matter concluded by the previously set Status Conference was because I was called out of

21 town for an extended period of time on personal matters.

22         The parties also agree that any delay resulting from this continuance shall be excluded in the

23 interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

24                                         Respectfully submitted,

25 DATED:  March 15, 2012            /s/   Salvatore Sciandra
26                                   SALVATORE SCIANDRA
                                     Attorney for Defendant,
27                                   STAN MARTIN
   / / /
28 / / /

1

2    / / /

3    / / /

4    / / /

5    / / /

     DATED:  March 15, 2012            /s/   Brian W. Enos
6                                       BRIAN W. ENOS
                                        Assistant United States Attorney
7
                                        This was agreed upon by email on 3/15/12
8

9
                                **ORDER**
10
     Good cause to continue is stated.
11
     Time is excluded due to the factual statement included in the stipulation, and the Court hereby makes
12
     the legal and factual finding on that basis.
13
     On April 2, 2012, the case will either plead or be set for trial.
14
     IT IS SO ORDERED.
15
     **Dated:    March 15, 2012**            **/s/ Lawrence J. O'Neill**
16                                           UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28