SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, STAN MARTIN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STAN MARTIN, ) <br> ) <br> Defendant. ) <br> ) | CASE NUMBER: 1:11–CR-0367-LJO <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING <br><br><br> Date:       Monday, October 1, 2012 <br> Time:       8:15 a.m. <br> Courtroom:  Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney of record, that the time set for the Hearing on the Report of the Probation Officer currently set on Monday, October 1, 2012 at 8:15 a.m. be continued to Monday, October 15, 2012 at 8:15 a.m; the time for filing Informal Objections be continued from September 10, 2012 to September 24, 2012 and the time set for filing Formal Objections continued from September 24, 2012 to October 9, 2012.  The reason for this continuance is that counsel has retained a forensic computer analyst to prepare a mitigation analysis of the nature and extent of the pornographic material contained on Mr. MARTIN's computers at the time of his arrest.  With the government's approval, counsel attempted to make arrangements to have the materials sent to the ICE office in Sacramento for the performance of this examination.  Both the defense and the government agents attempted with due diligence over the last three weeks, to make the specific arrangement for transportation of the materials to Sacramento. The materials have not yet been delivered to Sacramento however it is believed that all arrangements have been made and the materials will be available for

analysis soon.  Unfortunately, because of the impact of schedule of the forensic computer expert the examination will not take place until September 14, 2012 and the report will not be available till the following week.  The continuance is necessary to present mitigating circumstances in counsel's Informal Objections to the Report of the Probation Officer.

                                    Respectfully submitted,

DATED:  September 5, 2012         /s/   Salvatore Sciandra
                                    SALVATORE SCIANDRA
                                    Attorney for Defendant,
                                    STAN MARTIN

DATED:  September 5, 2012         /s/   Brian W. Enos
                                    BRIAN W. ENOS
                                    Assistant United States Attorney

                                    Agreed to via telephone on Sept. 5, 2012

## ORDER

IT IS SO ORDERED.

**Dated:   September 5, 2012**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE