BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
    United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00367-LJO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| STANLEY NEIL MARTIN, | |
| Defendant. | |

WHEREAS, on August 2, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Stanley Neil Martin forfeiting to the United States the following property:

        a.   MacBook Pro Laptop Computer, seized from defendant by law enforcement on or about August 19, 2011;

        b.   Dell XPS 400 desktop computer, seized from defendant by law enforcement on or about August 19, 2011;

        c.   Dell Inspiron laptop computer, seized from defendant by law enforcement on or about August 19, 2011; and

        d.   Compact discs, external hard drives, or other storage devices containing visual

1   depictions of  minors engaged in sexually
2   explicit conduct, seized from defendant by law enforcement on or about August 19, 2011.

3   AND WHEREAS, beginning on August 4, 2012, for at least 30
4   consecutive days, the United States published notice of the Court's
5   Order of Forfeiture on the official internet government forfeiture
6   site www.forfeiture.gov. Said published notice advised all third
7   parties of their right to petition the Court within sixty (60) days
8   from the first day of publication for a hearing to adjudicate the
9   validity of their alleged legal interest in the forfeited property;

10   AND WHEREAS, the Court has been advised that no third party has
11   filed a claim to the subject property and the time for any person or
12   entity to file a claim has expired.

13   Accordingly, it is hereby ORDERED and ADJUDGED:

14   1.   A Final Order of Forfeiture shall be entered forfeiting to
15   the United States of America all right, title, and interest in the
16   above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of
17   according to law, including all right, title, and interest of Stanley
18   Neil Martin.

19   2.   All right, title, and interest in the above-listed property
20   shall vest solely in the name of the United States of America.

21   3.   The Department of Homeland Security, Immigration Customs
22   Enforcement or Customs and Border Protection, shall maintain custody
23   of and control over the subject property until it is disposed of
24   according to law.

25   IT IS SO ORDERED.

26   **Dated:   October 19, 2012**            /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

27

28